# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW ZIMMERMAN, ET AL,<br>　　　Plaintiff | )<br>)<br>) |
| 　　　　　v. | ) CIVIL ACTION NO. 3:09-cv-30190 -MAP<br>) |
| BDO SEIDMAN, LLP, ET AL,<br>　　　Defendants | )<br>) |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal for all defendants, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

　　　　　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated:  September 30, 2010　　　　　　　　/s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
　　　[jgm.]